UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| MIKE R. BLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:08CV0060 JCH/AGF |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Currently before the Court is the Report and Recommendation of the United Magistrate Judge to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b). The Magistrate Judge recommends that the Court grant Defendant's motion to reverse and remand this case to the Commissioner of Social Security pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g). No objections to the Report and Recommendation have been filed.

Upon review of the record, this Court adopts and incorporates the Magistrate Judge's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to reverse and remand is **GRANTED**. [Doc. #12]

**IT IS FURTHER ORDERED** that the decision of the Commissioner is

**REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration.

          /s/ Jean C. Hamilton
          JEAN C. HAMILTON
          UNITED STATES DISTRICT JUDGE

Dated this 6th day of April, 2009.