UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| MIKE R. BLACK, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 2:08CV60 JCH |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant(s). | ) |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), and 42 U.S.C. § 406(b), filed April 21, 2009. (Doc. No. 16). In his motion, Plaintiff requests an award of attorney fees in the amount of $2,431.37, together with expenses in the amount of $65.00, and costs in the amount of $450.00, for a total award of $2,946.37[1]. Plaintiff further requests that the award be paid directly to Plaintiff's attorney. Defendant does not object to Plaintiff's request, but asks that the Court enter an order specifically awarding to Plaintiff attorney fees and expenses of $2,496.37, and costs of $450.00, so that the costs incurred in this action properly may be reimbursed from the Judgment Fund. (Doc. No. 17).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Award of Attorney Fees (Doc. No. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is awarded attorney fees and expenses in the amount of $2,496.37, payable directly to Plaintiff's attorney.

---

[1] The Court finds the parties incorrectly calculated the total amount of Plaintiff's request for reimbursement.

**IT IS FURTHER ORDERED** that Plaintiff is awarded costs in the amount of $450.00, payable directly to Plaintiff's attorney.

Dated this 28th day of April, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE